NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROCKIES EXPRESS PIPELINE LLC,**
*Appellant,*

v.

**KEN SALAZAR, SECRETARY OF THE INTERIOR,**
*Appellee.*

-----------------------------------------------------------

**KEN SALAZAR, SECRETARY OF THE INTERIOR,**
*Appellant,*

v.

**ROCKIES EXPRESS PIPELINE LLC,**
*Appellee.*

---

2012-1055, -1174

---

Appeals from the Civilian Board of Contract Appeals in no. 1821, Administrative Judge Allan H. Goodman.

---

ON MOTION

---

## ORDER

The Secretary of the Interior moves for a 31-day extension of time, until June 4, 2012, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: L. Poe Leggette, Esq.
Domenique G. Kirchner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 5 2012

JAN HORBALY
CLERK